**Opinion issued March 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-12-00035-CV**

———————————

## IN RE AZHAR SAID, PHOENICIAN IMPORTS, INC., RIGIN, INC., ABBASID, INC., AND HELIOTECH, INC., Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators petitioned for writ of mandamus on January 17, 2012.[1] On November 20, 2012, the Clerk of this Court sent a notice to the parties informing them that our records indicated that the petition for writ of mandamus was moot and stating that, if they believed the petition for writ of mandamus was not moot,

---

[1] The underlying case is *Asif Said, et al. v. Azhar Said, et al.*, No. 0634130 (151st Dist. Ct., Harris Cnty., Tex.), the Honorable Michael Engelhart, presiding.

they were required to file a written response by Monday, December 3, 2012. As of February 28, 2013, no response has been received by the Court.

Accordingly, we dismiss the petition for writ of mandamus. *See* TEX. R. APP. P. 42.3(c) (providing for involuntary dismissal of civil case for failure to comply with notice from clerk requiring response or other action within specified time). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.